Torres Castillo Avelino
Borgia Castillon Avelino
Christopher Colombus SonPrince
Lucrecia Borgia GreeksAncestry
Adopted World OrphanExtr LastName
C.D.C. OR I.D. NUMBER E14150

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF ~~New York~~ NEW YORK

Prince Borgia
Avelino Castillon Borgia
Avelino Borgia
_____
(Name of Plaintiff)
KVSP Fac C Bldg C Y, Bed 202
_____
(Address of Plaintiff)
P.O. Box 5103 Delano Ca. Z.C. 93216

Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York N.Y. 10007-1312
_____
(Case Number)

vs.

Jehova Jesus Christ's Father
Child Molester Avelino Castillon Castellanos
Putin Vladimir Xing Peng Belomex, Marina
Andres Manuellopezobrador Lita Echeverria
Jhon Maribel Guardia Stepfather
C/o Shoemaker Cabecita Rodriguez Warden C/Pfeiffer Et. Al.
_____
(Names of Defendants)

• Motion
Complaint
Requests To Be International
Transfer
Or To Be Immediate Released
With Visa Bank
Under Penal Code 965/1838

I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner: ☑ Yes   ☐ No

    B. If your answer to A is yes, how many?: MoreThan 36 Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

        1. Parties to this previous lawsuit:

        Plaintiff _____

        Defendants Washington D.C. Amy Coney Barret Reno Nevada Miranda M. Du Portland, Oregon Susan

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983    Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County)

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
THEY WANTED TO GET A HOLD OF MY MOREMAN 2000 MINES/MORE THAN 28 BANKS ALL OVER THE WORLD

6. Approximate date of filing lawsuit   APRIL '23  2019

7. Approximate date of disposition   JUNE  23  2019

## II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?    ☑ Yes    ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint?
                                                                     ☑ Yes    ☐ No
   If your answer is no, explain why not _____

C. Is the grievance process completed?    ☐ Yes    ☑ No

## III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant CHILD MOLESTER CASTELLANOS CASTILLO AVELINO is employed as MASON BRICKLAYER
PUERTO VALLARTA JALISCO       AND at ANY DOMESTIC OR FOREIGN ADDRESS

B. Additional defendants JHON MARIBEL GUARDIA STEPFATHER LIZA.
ECHEVERRIA (R. LAVALLEUR COUNSELOR'S WITNESSES) KING PIN
ESPERANZA TORRES LOPEZ CHILD MOLESTER    BETO QUINTERO FROM THE
MEXICAN MARINA  CHEAP GOSSIPER ATTORNEY SUSODICHO
ANY MEXICAN RANCH OR CITY  LUCERO POP SINGER TELEVISA TV. NET
WORK MEXICO D.F AL AZTECA STADIUM DINEHO   POMASUWAN NATIONAL
SOCCER PLAYERS AND CAPTAINS WARDEN C. PFEIFFER WORKS AT KERN VALLEY STATE PRISON

IV.    Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.) BIG SHOW WRESTLER CELEBRITY FORMER CLASSMATE YEAR 2018 AS WITNESS ACCUSING MY MOLESTER FATHER CHILD MOLESTERS INHABILITATED PARENTS HAS BEEN TRYING TO ERODE ILLEGAL CONVICTION BY RELEASING PERIODICALLY FROM PRISON CONFINEMENT TO LIBERTY TO THE STREETS ESPERANZA TORRES LOPEZ WHICH WAS GIVEN THE POSITION TO COMMAND THE MEXICAN MARINA TO BALANCE MY ALL OVER THE WORLD RICHES TO THEIR CONVENIENCE AS SON OF GODS A BISSON PRINCE OF JESUCRIST B)HIS FIRST BORN CHRISTOPHER COLUMBUS ON THE AMERICAS CONTINENT 1492 THEY HAVE BEEN UNLAWFULLY HIDING ME ON THE CHTN TO ERASE MY MEMORY TO DO ME IDENTITY THEFT PENAL CODE 530.8 TO ACCIDENTALLY MAKE ME TO KILL MY DAUGHTER AND SONS NOW FOR 53 YEARS YOU MUST CRIMINALIZE THEM AND DICTATE MY RELEASE AT ONCE SEE ATTACHED IN SPANISH EXPLANATION AND OTHERWISE TO GIVE ME AN INTERNATIONAL TRANSFER WHERE I LIVE WITH BROOKE SHIELDS TO ABROAD TO NEW YORK N.Y.

V.    Relief.                    AND OR AUSTRALIA / NEW ZEALAND
                                 AS SOON AS POSSIBLE
AND PREFERENTLY USE FEMALE ATTORNEYS AND JUDGES BECAUSE OF MY DAUGHTERS
(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

TO ORDER THE TRANSPORTATION OFFICERS TO COME IMMEDIATELY FOR ME TO PICK ME UP CINDY CRAWFORD'S FATHER MR. SMITH / BROOKE SHIELDS'S FATHER JHON ROBERTS SHIELDS TO TAKE ME TO NEW YORK STATE ANY PRISON SEE ALL 602's K.V. SP.018-03352 /KVSP.019-01235 TO COMPENSATE FOR TRANSPORTATION COSTS TO MAKE IT FOR THIS CHRISTMAS SEASON ON T2RES / TO CALL MY TELEPHONE TO CBS 323-575-2701 FOR CANDICE BERGEN/BROOKE SHIELDS PH TO SPEND FREELY ON ANY BUDGET TO PROPOSE PRISON GRAND CENTRAL STATION NEW YORK N.Y. Z.C. 10163 AND QUEENS POLICE STATION THAT I OWN AND PRECINT 13 TO ANYWHERE TO CALL WIVES AND (CONEY) BARRETT AND CAROL KELL J.C. LOWEL SMITH

S 62-256-17 43

TO SERVED ME FIRST CLASS MAIL    BROOKE SHIELDS PHONE 456-466-8557 /760-280-3797
Signed this  19  day of  OCTOBER  , 20 20 .     AND USE MY AIRPLANES
                                                 BLACK BIRD AND STEALTH BOMBER
                                                 FOR PRINCE BORGIA
                                                 REQUESTED TRANSPORTATION
                                                 PER PENAL CODE  550.

                                          _____
                                                  (Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

                              BORGIA CASTILLON AVELINO
                              AVELINO CASTILLON TORRES
        _____                  _____
              (Date)                            (Signature of Plaintiff)

3

**BOARD OF PAROLE HEARINGS**                                    **STATE OF CALIFORNIA**
**PROPOSED PAROLE CONSIDERATION DECISION**

☐ Parole Granted - (Yes)
    **CDCR: Do not release inmate before Governor's review.**
☒ Parole Denied - (No)    _7_ Year(s)
☐ Inmate Signed Stipulation of Unsuitability for    ____ Year(s)
☐ Inmate Signed Voluntary Waiver for    ____ Year(s)
☐ Split Decision
☐ Term Calculation Only  -
☐ Continue    ____ Month(s)
☐ Hearing Postponed    Length: ____ Month(s)

Reason(s):

---

### PANEL RECOMMENDATIONS

**The Board Recommends:**

☒ No more 115's or 128A's
☒ Work to reduce custody level
☒ Stay discipline free
☒ Earn positive chronos
☐ Recommend transfer to
☐ Other

**As Available**

☒ Get self-help
☒ Learn a trade
☒ Get therapy
☐ Get a GED

---

### PRESENT AT HEARING

District Attorney        LOS ANGELES COUNTY DISTRICT ATTORNEY - CIVITATE, J

Inmate Attorney        OSULA, PHILIP

---

### HEARING PANEL

ZARRINNAM, ALI - Commissioner                         Date: 08/09/2016

FOWLER, KELLY - Deputy Commissioner                   Date: 08/09/2016

---

This form and the Board's decision at the hearing is only _proposed_ and NOT FINAL. It will not become final until it is reviewed.

---

**BOARD OF PAROLE HEARINGS**
**PROPOSED PAROLE CONSIDERATION DECISION**

STATE OF CALIFORNIA

| BPH INVESTIGATION REQUESTS |
|---|
| No Requests |

| HEARING COMMENTS |
|---|
| This inmate qualifies as a youth offender pursuant to Penal Code section 3051. |

| HEARING OBJECTIONS |
|---|
| No Objections |

This form and the Board's decision at the hearing is only _proposed_ and NOT FINAL. It will not become final until it is reviewed.

LEXINGTON AVE. AND 50 ST.
NEW YORK  N.Y. ZIP CODE
90019

1                    CERTIFICATE      OF       MARRIAGE

2        AVELINO  CASTILLON  TORRES  AND  BROOKE  SHIELDS

3                    PRINCE                    ACTRESS

4                       OF

5        CHRISTOPHER      COLUMBUS

6

7

8

9

10                  JUST              MARRIED

11

12

13

14        _AVELINO_

15

16

17

18

19

20

21

22

23    ON  SATURDAY  MASS  ON  THIS  ST.  BARTHOLOMEW'S  CHURCH
                            ON  JULY  7,  1977

24

25    ——————————                    ——————————

26    SIGNATURE                          BROOKE  SHIELDS

27              ——————————————————
                        WITNESSES

COURT PAPER
STATE OF CALIFORNIA
STD 113  REV  8-72

Le President [illegible]
And [illegible]

[illegible] that [illegible] To Your Allowance

And I Want Ask You For

If You Can Do Me The Favor

To [illegible]

No Money Should Be There  or From Wells Fargo Bank

Since I Returned From Tijuana

I Bought [illegible] A Restaurant [illegible]

for You

You Know That I Am [illegible]

If You Can Done The Favor Please
To [illegible]

[illegible] No Western [illegible]

Number [illegible] 1 28 6313 77 11 25

ESPERANZA TORRES 'LOPEZ TOOKED OR ROBBED 4 TO 3" MILLIONS OF DOLLARS ON MIXED BILLS

JENNIFER O'DELL I HAVE 3 MILLIONS ON BILLS ON HARD CASH  INSIDE OF LAST

DRAWER CLOSET/ OR CABINET WARDROBE S WITNESSES: LUCERO EILEEN DAVIDSON, MADONNA DIANA

FROM BRITISH COLUMBIA CANADA, BROOKE SHIELDS, THE TWINS CECILIA MARGARITA

LAST BANK MONEY PARTNER

JORGE COLLAZO & PATTY FROM WISCONSIN U.S.A.

THE OWNER THE BOSS FROM WISCONSIN THE GREAT LAKES U.S.A. LIVES AT AQUILES SERDAN ST.

NO?   ?

IN PUERTO VALLARTA JALISCO MEXICO REPUBLIC

AGGRAVANT'S DETERMINANTS

GEORGE HERBERT BUSH WALKER, GEORGE W. BUSH, VICENTE FOX QUEZ ADA, VLADIMIR PUTTIN, BARACK

OBAMA, CHRISTIAN DE LA FUENTE, RICK"S MARTY MAGGIE JIMENEZ

JUAN CARLOS SPAIN'S KING ENRIQUE PENA NIETO

DIANE SAWYER MARY HART, ALICIA CASTELLANOS, JUANES DE COLOMBIA, JORGE VERGARA, RAFA

MARQUEZ, CHRISTIAN CASTRO, JOMARI GOYSO, MANNE DE LA PARRA

WARNINGS:
THIS IS NOT A LEGAL TENDER CASHIER RETURN IS OWED ONLY IN FACT TO A: CALIFORNIA PRISONER
SEE REFERENCE UNDER FEDERAL LAW HECK V. HUMPREY, 512 U.S. 477. 489-90 (1994) UNDER FEDERAL
LAW CAUSE OF ACTION FOR DAMAGES DUE TO UNCONSTITUTIONALCONVICTION ACCRUES ONLY WHEN
CONVICTION REVERSED EXPUNGED INVALIDATED OR IMPUNGED BY GRANT OF WRIT OF HABEAS CORPUS.

FEDERAL CASE LAW IN REFERENCE PURSUANT TO ALL CALIFORNIA PRISONER"S WARDEN COMPLOT
FROM THE STATE OF CALIFORNIA ERNIEROE MIKE YARDBOROUGH D.L. RUNNELS ROB BARNES FRED
FOULDK MICHAEL JENSEN WILLIAM KNIPP G.A. NEOTTI W.L. MONTGOMERY MARTIN BITE R.

KERN VALLEY STATE PRISON
V.S.

XING PIN
FISCAL ATTORNEYS
OF INSURANCE ON BANKS
ON BEHALF OF
BORGIA CASTELLON AVELINO
ALIAS GARCIA
THE PLAINTIFF

LUCERO CANTANTE DE MEXICO
CRUZ AZUL NATIONAL SOCCER TEAM

ONE N. U.
HEADQUARTERS
FIRST AVE. ALONG EAST RIVER
BETWEEN 42 AND 48TH STREETS
NEW YORK N.Y. 10 3 0 0 1
UNIVISION
5801 TRUXTUN AVE
BAKERSFIELD CA 93309
TELEVISA CANAL
13
BLVD. ADOLFO LOPEZ MATEOS # 30015
COLONIA DOCTORES MEXICO DF.

TO: CABECITA RODRIGUEZ

OYE
TIENES QUE VENIR A SACARME
PORQUE ESTAMOS COMPITIENDO
COMO CAPITANES
DE GOLEO
INDIVIDUALIDADES QUE ESPERAN PASAR
LA PLUSMARCA DE HUGO SANCHEZ Y CABINHO
PARA LA GLORIA DE NUESTROS RESPECTIVOS EQUIPOS
AUNQUE DE ALGUNOS NO SON EL DUEÑO
EL PAPA DE ILSIA ES EL EJEMPLAR SUEGRO
QUE DURO
PELEANDO MAS QUE TODOS IHON EL GRIEGO
EN LA CANCHA DEL ESTADIO AZTECA IN MEXICO DF.
SEÑAL SEÑOR DIRECTOR GUILLERMO DEL BOSQUE
ACERCA DE SEPTEMBER 17 2017 BECAUSE OVER THE CLOUDS MOUNTAINS OF FAR THROW
HASTA OCTUBRE 21, 2017 2018
DE EL HAREM DE DIOS
FROM THE SON OF GODS
BORGIA CASTELLON AVELINO
PARA EL INTERES ( FOR THE INTEREST OF SIGN THE CITY OF GOD )
(570 ) 530.2 ___ PEN.C. VISA FORGUERY) FOR CONSULAR VISA OFFICER SEE NEVADA CONSULATE
EMBEZZLEMENTS UNDER PEN.C 965 ALGUNOS GOLPES ME HICIERON DENOMINAR RELIGION
ONE SOLDIER FROM THE NEZAHUAL CONSUL CITY ARMY WAS PRESENT
AVELINO CASTILLON TORRES E 14250 ___ FREE C. BLDG 27 CELL 262
FRIDAY AUGUST 28 2020

REQUEST TO BE INTERNATIONAL TRANSFER    TO: WARDEN C. PFEIFFER

TO: K__ Y S__
A__ C__ C__
A__ L__ S__ V__

TO: FACILITY C CAPTAIN
J. ACEVEDO
R__ V 87-018-0335?

**STATE OF CALIFORNIA**
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 08/09)

**DEPARTMENT OF CORRECTIONS AND REHABILITATION**

TO: MELDY LAWRENCE OPERATIVE FAC C PROGRAM    **Side 1**

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | | |
| | *FOR STAFF USE ONLY* | | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available.  See California Code of Regulations, Title 15, Section (CCR) 3084.1.  You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that lead to the filing of this appeal.  If additional space is needed, only one CDCR Form 602-A will be accepted.  Refer to CCR 3084 for further guidance with the appeal process.  No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.        **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): GARCIA B__ | CDC Number: V-21150 | Unit/Cell Number: FAC C BLD__ | Assignment: |
|---|---|---|---|

**State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):**

REQUEST FOR INTERNATIONAL TRANSFER TO __ ALVARADO HIDALGO __ __ __ __

**A. Explain your issue** (If you need more space, use Section A of the CDCR 602-A): __ __ __ __

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**B. Action requested** (If you need more space, use Section B of the CDCR 602-A): __ __ __ __

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**Supporting Documents: Refer to CCR 3084.3.**

☑ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

A MARRIAGE LIC__ __ __ __ __    ✗ FPIIPN CDC 8021 & CDC 8021A(12/05)

__ __ __ __ __ __ __ __ __ __ __    ✗ CDC 802 (REV 3/08) ✗ FPIIP
INTERNATIONAL PLACEMENT? CDC 8021(5/17)

☐ No, I have not attached any supporting documents.  Reason : __ __ __ __

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

Inmate/Parolee Signature: _____    Date Submitted: MAY 20, JULY 23, 2018

By placing my initials in this box, I waive my right to receive an interview.

**C. First Level - Staff Use Only**        Staff – Check One:  Is CDCR 602-A Attached?   ☐ Yes   ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review.  Go to Section E.
☐ Rejected (See attached letter for instruction)  Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)  Date: _____
☐ Accepted at the First Level of Review.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____ Interview Location: _____

Your appeal issue is:  ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
        (Print Name)

Reviewer: _____ Title: _____ Signature: _____
        (Print Name)

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 08/09)                                                                                                                Side 2

D. **If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response.   If you need more space, use Section D of the CDCR 602-A.

_____

_____

_____

_____

_____

_____

Inmate/Parolee Signature: _____ Date Submitted : _____

---

**E.  Second Level - Staff Use Only**                          Staff – Check One:  Is CDCR 602-A Attached?   ☐ Yes   ☐ No

This appeal has been:
☐ By-passed at Second Level of Review.  Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

   Second Level Responder:  Complete a Second Level response.  If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

                                   Date of Interview: _____       Interview Location: _____

Your appeal issue is:  ☐ Granted     ☐ Granted in Part     ☐ Denied     ☐ Other: _____

                                   See attached letter.  If dissatisfied with Second Level response, complete Section F below.

Interviewer: _____ Title: _____ Signature: _____ Date completed : _____
                        (Print Name)

Reviewer: _____ Title: _____ Signature: _____
                      (Print Name)

Date received by AC: _____

| | AC Use Only |
| | Date mailed/delivered to appellant ____ /____ /____ |

---

F.  **If you are dissatisfied with the Second Level response**, explain reason below; attach supporting documents and submit by mail for Third Level Review.  It must be received within 30 calendar days of receipt of prior response.  Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation,  P.O. Box 942883, Sacramento, CA 94283-0001.  If you need more space, use Section F of the CDCR 602-A.

_____

_____

_____

_____

Inmate/Parolee Signature: _____ Date Submitted: _____

---

**G.  Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____  Date: _____  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter)    Date: _____
☐ Accepted at the Third Level of Review.  Your appeal issue is ☐ Granted    ☐ Granted in Part    ☐ Denied    ☐ Other: _____
       See attached Third Level response.

| | Third Level Use Only |
| | Date mailed/delivered to appellant ____ /____ /____ |

---

**Request to Withdraw Appeal:**  I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____

_____

_____

_____ Inmate/Parolee Signature: _____ Date: _____

Print Staff Name: _____ Title: ____ _____ Signature: _____ Date: _____

TO K.V.S.P.
A.   CO-ORDINATORS
A.   LUCAS
A.   LEUVA S.TALLERCO

TO: COUNSELOR DERR

TO: COUNSELOR HAMILTON

TO C. WARDEN LIFER

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | | |
| | *FOR STAFF USE ONLY* | | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available.  See California Code of Regulations, Title 15, Section (CCR) 3084.1.  You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that lead to the filing of this appeal.  If additional space is needed, <u>only</u> one CDCR Form 602-A will be accepted.  Refer to CCR 3084 for further guidance with the appeal process.  No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.                    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): GARCIA TORRES GARCIA LASTNAME A.K.A TRUENAME AVELINO CASTILLON BORGIA | CDC Number: E14150 | Unit/Cell Number: FAC C B1DC(220) | Assignment: |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.): COMPLEMENTARY EXTRADITIONS REQUEST FOR INTERNATIONAL TRANSPORTATION UNDER UNDER THEIR PROBLEMS

A.   Explain your issue (If you need more space, use Section A of the CDCR 602-A):  I WANNA DEPORTED TO DEBRIEF TO C. BECAUSE MY LIFE IS IN DANGER BECAUSE I HAVE THE MAIN COPS ALL OVER THE WORLD WIVES MORE THAN 32 WIVES SEEPS POINT TO FEMALE DOCTOR JOHNSON REPORT / A BLACK NIGGER POLICEWOMAN FROM QUEENS

B.   Action requested (If you need more space, use Section B of the CDCR 602-A): TWELFTH POLICESTATION CENTER PARK WEST  SHE GOT THE REMAINING 3 AT NEW YORK MOVIES BLA   BLA   ZONES OF LONG ISLAND AT NEW YORK CITY AS WELL AS U.N. AT NEW YORK CITY HEADQUARTERS EAST RIVER BETWEEN 42ND/48TH

Supporting Documents: Refer to CCR 3084.3.
☐ Yes. I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

_____

_____

☑ No. I have not attached any supporting documents.  Reason : NOT WHEN I DECIPHER THIS CODE OF SECTIONS

_____

Inmate/Parolee Signature: GARCIA BORGIA CASTILLON AVELINO   Date Submitted: DEC 1992 JAN 29 2019

☐ By placing my initials in this box, I waive my right to receive an interview.

C. First Level - Staff Use Only                                        Staff – Check One:  Is CDCR 602-A Attached?   ☐ Yes   ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review.  Go to Section E.
☐ Rejected (See attached letter for instruction)  Date: _____   Date: _____   Date: _____   Date: _____
☐ Cancelled (See attached letter)  Date: _____
☐ Accepted at the First Level of Review.

Assigned to: _____   Title: _____   Date Assigned: _____   Date Due: _____

First Level Responder:  Complete a First Level response.  Include Interviewer's name, title, interview date, location, and complete the section below.

Date of interview: _____   Interview Location: _____

Your appeal issue is:   ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____
See attached letter.  If dissatisfied with First Level response, complete Section D.

Interviewer: _____ (Print Name)   Title: _____   Signature: _____   Date completed: _____

Reviewer: _____ (Print Name)   Title: _____   Signature: _____

Date received by AC: __ / __ / __

AC Use Only
Date mailed/delivered to appellant ____ / ____ / ____

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

D. **If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response.  If you need more space, use Section D of the CDCR 602-A.

_____
_____
_____
_____
_____
_____

Inmate/Parolee Signature: _____     Date Submitted : _____

E.  **Second Level - Staff Use Only**                    **Staff – Check One:  Is CDCR 602-A Attached?**  ☐ Yes   ☐ No

This appeal has been:
☐ By-passed at Second Level of Review.  Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____   Date: _____   Date: _____   Date: _____
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: _____   Title: _____   Date Assigned: _____   Date Due: _____

Second Level Responder:  Complete a Second Level response.  If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _____          Interview Location: _____

Your appeal issue is:   ☐ Granted     ☐ Granted in Part     ☐ Denied     ☐ Other: _____

See attached letter.  If dissatisfied with Second Level response, complete Section F below.

Interviewer: _____   Title: _____   Signature: _____   Date completed : _____
                     (Print Name)

Reviewer: _____   Title: _____   Signature: _____
                     (Print Name)

Date received by AC: _____

| AC Use Only |
| Date mailed/delivered to appellant ____/____/____ |

F.  **If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review.  It must be received within 30 calendar days of receipt of prior response.  Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001.  If you need more space, use Section F of the CDCR 602-A.

I WANT TO BE GRANTED TO BE IN NEW YORK N.Y. WITH BROOKE SHIELDS  OR
TO BE IN ORLANDO FLORIDA U.S.A. MY HOMETOWN WHERE I LIVE WITH
WIFE CARROLL KELLY

_____
_____

Inmate/Parolee Signature: _____     Date Submitted: WED. OCTOBER 28 2020

G.  **Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____   Date: _____   Date: _____   Date: _____   Date: _____
☐ Cancelled (See attached letter)    Date: _____
☐ Accepted at the Third Level of Review.  Your appeal issue is ☐ Granted     ☐ Granted in Part     ☐ Denied     ☐ Other: _____
        See attached Third Level response.

| Third Level Use Only |
| Date mailed/delivered to appellant ____/____/____ |

**Request to Withdraw Appeal:**  I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____
_____
_____

Inmate/Parolee Signature: _____     Date: _____

Print Staff Name: _____   Title: _____   Signature: _____   Date: _____

A  EXPLAIN YOUR ISSUE. IF YOU NEED MORE SPACE. USE SECTION A OF THE CDIW

ON WEST VANCOUVER WEST COAST MOUNTAINS MANSION BRITISH COLUMBIA CANADA

1  WHERE  I LIVED WITH PRINCESS DIANE

2  FARRAH FAWCET BROOKE SHIELDS  JACQUELIN SMITH / RABID SMITH
AS I HAVE A WELL OFF FINANCIAL STATUS

3  AND THERE SHE IS  NEVERTHELESS MY AIRPLANES SMALL AIRPLANES ARE IN

4  MY WEST COAST  MOUNTAINS AT WEST VANCOUVER CANADA V5 N5 M 1

5  AND AS THE MEMORY OF THE TELEVISION ARCHAILS
BY ITS EPISODES  CHARLIE'S ANGEL

6  IT MIGHT REVEALS  JACQUELIN SMITH

7  HAS BEEN WAITING FOR ME OVER THERE LASTED ON 2010   2011

8  SHE IS WEARING BLACK PANTS  AND A LEATHER HAT
AT TIMES MY SOCIAL LIFE AND GOVERNMENT DOESN'T GO

9  AS I HAVE DESIRED  BUT I STILL OWN THE SAFEGUARDS OF ESTATE,

10  ON THE PROPERTY ON THE PLATEAU AT MY HOUSE

11  I OWN A GROUP OF HELICOPTERS STATION AT NEW JERSEY / NEVADA STATE
REGARDLESS PLUNDERED BY BOTH SONGA SMITH  STATE POLICIES

12  MY BROTHER IN LAW  SPENCER

13  WAS THERE 2019  QUEEN ELIZABETH WAS THERE AT ONE POINT OF MY LIFE
ALSO TALKING TO ME AND PRINCESS  DIANE

14  OVER THERE WE MAKE LOVE SAME AS IN CHARLOTTE AMALIE ISLAND U. VIRGIN ISLAN

15  BAHAMAS  AFTER PRINCESS DIANE

16  INSIDE OF MY WEST COAST MOUNTAINS MANSION IN VANCOUVER
BY UPPER LEVELS 99  BRITISH COLUMBIA  VANCOUVER WEST COAST CANAD

17  PRINCESS DIANE AND I  AS WE WERE INTING TO STAY OVER THERE

18  AND PLANNED LIKE A NEWLY WED COUPLE WHEN THAT PASSIONATELY

19  ARDENT LOVE THAT WE FELT WHEN WE WERE YOUNG WELL I WAS SIX
SHE WAS LIKE 11     HOWEVER QUEEN ELIZABETH

20  WAS THERE  SITTING AND TALKING

21  AND THERE FORTH  SHE WAS INFORMED ON THIS TRIVIA AND
HAPPENINGS  AS WELL

22  AND THAT THE MAYOR WAS THREATING US

23  ABOUT THE WAY ON THE HANGAR WAS TAKING OFF BY THE SMALL AIRPLANE
OVER THERE  BESIDES OF MY DAUGHTER A BLONDE ONE WHO WAS BORN IN CHINA

24  EXPRESSIVELY WITH A FEMALE ATTORNEY  I HAVE A FAMILY AND DAUGHTERS

25  WHO LIVES NEARBY IN   SEATTLE WASHINGTON
AS I GET MARRIED IN CHINA WITH LEADING ACTRESS JACQUELIN SMITH

26  THE CERTIFICATE OF MARRIAGE 1976 IS IN CHINA BANK / ON NEW YORK B
SEE EXHIBIT  INTERNATIONAL TRANSFER TO VANCOUVER B.C. CAN OR HONG KONG

27  CHINA WHATEVER REQUEST OR RELEASING FREE HAPPENS FIRST  REQUESTED
ACCUSTOMED INTERNATIONAL CHARLIE'S ANGEL HOLLIWOOD  ROUTE ON FREIGHT
SAN FRANCISCO TO HONG KONG ROBBING THE PERSONAL IDENTITY IDENTITIES
OF MORE THAN 10 MARRIAGES OF DIFFERENT RACES OR NATIONALITIES SEXUALLY
/ DEBATING  THERE INTO  IT SEE QUEEN ELIZABETH BEING FOR FREEDOM
ALLISON CLAIRE FILES  FROM  SACRAMENTO  C.A    COURT

COURT PAPER
STATE OF CALIFORNIA
STD 113  REV 8-72
65 34762

To: NANCY PELOSSI

PRINCE BORGIA

State of California
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Monday, August 26, 2019*

*GARCIA, E14150*
*C  003 1124001L*

LIVING CONDITIONS, , 08/26/2019
Log Number: KVSP-O-19-01255
**(Note: Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.)**

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(9). Your appeal issue is obscured by pointless verbiage or voluminous unrelated documentation such that the reviewer cannot be reasonably expected to identify the issue under appeal.*

*Follow instructions on CDC 695 dated 5/13/19 for further processing. The issue under appeal is still obscure. Utilizing the CDC 695, clarify what it is you are appealing. Refrain from using pointless/confusing/excessive verbiage that does not pertain to the issue under appeal. Failure to follow instructions is grounds for the cancellation of an appeal pursuant to CCR Title 15 Section 3084.6(c)(3) which states in part, "The inmate or parolee continues to submit a rejected appeal while disregarding appeal staff's previous instructions to correct the appeal".*

☐   A. Leyva, CCII
Appeals Coordinator
KVSP

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use only the lines provided below.

X   YOU MUST RELEASED ME
OR GRANT ME TRANSPORTATION OFFICERS ARMIES CONTRACT
CHECK DOCUMENTS TO GIVEME INTERNATIONAL TRANSFER

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal may be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.
**NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED**

TO:APPEALS COORDINATORS    TO: WARDEN C.PFEIFFER

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

E.PEREZ A.LEYVA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

K.V.S.P.O-19-01255    Side 1

IAB USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.** **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): BORGIA CASTILLON AVELINO AKA TRUE NAME Avelino Castillon Torres | CDC Number: E. 14150 | Unit/Cell Number: FAC.C C3 124 | Assignment: |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):
/ 2 1 OS THE A B D U C T E E' S THE) MUST RELEASE ME / THE) MUST BE UNBLOCK IN CTHE UNITED NATION MAT I NEW YORK
FAMILYCHILDMOLESTATIONCASEVsGREEKANCESTRYGREATNESSCOUNTRYIGNORINGSH

**A. Explain your issue** (If you need more space, use Section A of the CDCR 602-A): I AM FILLING A
502 AT LAW ITHE ACCUSER ABDUCTOR'S PENAL CODE 181 CAUSE
THE ABDUCTEE'S MASTERMIND WAS GEORGE H.BUSH WALKER MY FO
RMER PHILOSOPHY EX-TEACHER AT THE FLORIDA STATE COLLEGE

**B. Action requested** (If you need more space, use Section B of the CDCR 602-A): GENETIC
TRAIT ONTHE FAMILY OF CHRISTOPHER COLUMBUS SON PRINCE
BORGIA I AVELINO AND ON THIS CALIFORNIA CASE VS. ALL THE
WORLD'S COMPLOT AS IT HAS INSERTED ON HER INTERVIEWS THE

**Supporting Documents:** Refer to CCR 3084.3.
☑ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):
ABDUCTOR'S U.N UNITED NATIONS O.N.U    AKA BORGIA GREECE EXTRADITION SUIT SEE THE
WORLD'S COMPLOT A NEW YORK SEE    ABDUCTORS MEX LEX MAFFIA I LAIKING
XIF    CDC 1197G RACE I AKA TORRES    DOCUMENTATION ON PICTURES BIRTH CERTIFICATE
DMV 13 BECAUSE ABDUCTOR'S STAFF FROM
☐ No, I have not attached any supporting documents. Reason:    PUERTO VALLARTA JALISCO MEXICAN REPUBLIC

Inmate/Parolee Signature: Joseph Garcia Avelino    Date Submitted: APRIL 9 2019

☐ **By placing my initials in this box, I waive my right to receive an interview.**

APR 1 1 2019
MAY 1 3 2019
KERN VALLEY STATE PRISON
JUN 0 6 2019
INMATE APPEALS OFFICE
KERN VALLEY STATE PRISON
JUL 2 5 2019
INMATE APPEALS OFFICE
KERN VALLEY STATE PRISON
JUL 2 6 2019
INMATE APPEALS OFFICE

S T A F F U S E

**C. First Level - Staff Use Only**    Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date:_____ Date:_____ Date:_____ Date:_____
☐ Cancelled (See attached letter) Date:_____
☐ Accepted at the First Level of Review.
Assigned to:_____ Title:_____ Date Assigned:_____ Date Due:_____
First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview:_____ Interview Location:_____
Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other:_____
See attached letter. If dissatisfied with First Level response, complete Section D.
Interviewer:_____ (Print Name) Title:_____ Signature:_____ Date completed:_____
Reviewer:_____ (Print Name) Title:_____ Signature:_____
Date received by AC:_____

| AC Use Only |
|---|
| Date mailed/delivered to appellant ____ / ____ / ____ |

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 602 (REV. 03/12)
Side 2

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

_____

_____

_____

_____

_____

_____

Inmate/Parolee Signature: _____    Date Submitted : _____

---

**E. Second Level - Staff Use Only**                 Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____    Date: _____    Date: _____    Date: _____
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: _____    Title: _____    Date Assigned: _____    Date Due: _____

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _____    Interview Location: _____

Your appeal issue is: ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: _____    Title: _____    Signature: _____    Date completed : _____
                (Print Name)

Reviewer: _____    Title: _____    Signature: _____
            (Print Name)

Date received by AC: _____

| AC Use Only |
| Date mailed/delivered to appellant ____/____/____ |

---

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

_____

_____

_____

_____

_____

Inmate/Parolee Signature: _____    Date Submitted: _____

---

**G. Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____    Date: _____    Date: _____    Date: _____    Date: _____
☐ Cancelled (See attached letter)    Date: _____
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____
      See attached Third Level response.

| Third Level Use Only |
| Date mailed/delivered to appellant ____/____/____ |

---

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____

_____

_____

_____

_____    Inmate/Parolee Signature: _____    Date:_____

Print Staff Name: _____    Title: _____    Signature: _____    Date:_____

TO: APPEALS COORDINAT    ORS TO: WARDEN C PFEIFFER

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**          E.PEREZ A. LEYVA          DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 602-A (08/09)                                                   K.V.S.P.O-19-01255
                                                                        **Side 1**

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | 19-01255 | 9 |
| | **FOR STAFF USE ONLY** | | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
**Appeal is subject to rejection if one row of text per line is exceeded.**     WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): TORRES CASTILLON AVELINO BORGIA CASTILLON AVELINO | CDC Number: E 14150 | Unit/Cell Number: FAC C C3 124 | Assignment: |
|---|---|---|---|

**A. Continuation of CDCR 602, Section A only (Explain your issue) :** UNDER 14 15.830.8PENAL
CODE IDENTITY THEFT'CAUSE THERE I GOT 4 WIVES COPS NEW Y
ORKERS SEE  BUSH WALKER A CRIMINAL PLOTTING DEVICE FOR IN
CARCERATING ME FOR A LIFETIME U.N. AT UNITED NATIONS MAN
HATTAN ISL. AT N.Y.FROM QUEENS BOROUGH ON FIFTH AVE. POLI
CE STATION AT CENTRAL PARK WEST SEE GEORGE HERBERT BUSH
WALKER EX - PRESIDENT NOW/THEN A CRIMINALPLOTTING DEVICE
FOR A LIFETIME ABDUCTINGME INTO INCARCERATION /THE BLACK
POLICE WIVES FROM QUEENS SHE GOT THE REMAINING 4 AT NEW
YORK CITY ZONE OF LONG ISLAND AND AT NEW YORK CITY/ ONONU
 UNITED NATIONS HEADQUARTERS ON 1FIRST AVE.AND ROOSEVELT
THEODORE DR.ALONG EAST RIVER BETWEEN 42ND AND 48TH STREET
NEW YORK N.Y. PLACE OF A 1000 TRILLIONS MY BANK ON UNION
SQUARE BY 18TH ST. / BROADWAY AVE. MOREOVER LIKEWISE c/o
MEJIA /AND c/o URQUIDES THEY DECIDED TO PLOTOUT BECAUSE ON
CORCORAN C.S.P.ON THE EARLY 90'SYOU WERE PLOTTING ON HITT
 ING ME ON THE CHIN TO ERASE MY MEMORY WITH THE MOLESTER
S SANTOS CASTELLANOS FUENTES GRANDMOTHER AND CASTILLON
CASTELLANOS MOTHER BIOLOGICAL CRISIS OF CHILD MOLESTERS

Inmate/Parolee Signature: Jose L. Garcia Avelino    Date Submitted:
APRIL 9,2019

**B. Continuation of CDCR 602, Section B only (Action requested):**  TEXAS ACTRESS FARRAH FAWCET UNCONVENT
IONAL BUT STILL APPLICABLE TO DEATH PENALTY TO HIS WIVES ALTHOUGH OF CHRI
STOPHER COLUMBUS SON PRINCE BORGIA CASTILLON AVELINO ON EVIDENCE DISPLAY
ED ON U.S.A. / ALLOVER THE WORLD NEWSPAPER HOLLIWOOD CELEBRITY NOTES AND
THE SUN OF VANCOUVER ON NEWSTANDS NEWSPAPER BRITISH COLUMBIA CANADA AND I
BORGIA AVELINO OF MY COPS WIVES I WANT THE CUSTODY OF THEM  WHEN I GET
TRANSFERED  AND TO HAVE THIS DELIVERED TO APPEALS COORD.A. LEYVA AND E.
PEREZ A.K.A. BORGIA BLOCKED MAIL BY THE ARMIES OF POLICE TAMPERING EVEN
UNITED NATIONS FROM NEW YORK CITY BECAUSE ON CORCORAN C.S.P.NOV.OR DEC199
c/o MEJIA BRIBED BY SANTOS CASTELLANOS FUENTES $$$ ON THE SECURITY HOUS
ING UNIT S.H.U. EXERCISE HOLDING CELLS PROGRAM WAS ABUSING ME OR RAPINGME
CONCIOUS OR WHILE UNCONCIOUS AFTER FIGHTING WITHTHEINMATESALLFROMSHUYARDS

Inmate/Parolee Signature: Jose L. Garcia Avelino    Date Submitted: APRIL 9, 2019



STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 2**

D.  Continuation of CDCR 602,  Section D only (Dissatisfied with First Level response): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Inmate/Parolee Signature: _____ Date Submitted: _____

F.  Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Inmate/Parolee Signature: _____ Date Submitted: _____

602   K,V.S.P.O-19-01255

A. EXPLAIN YOUR ISSUE (IF YOU NEED MORE SPACE USE SECTA OF THE 602A

B. ACTION REQUESTED):

FROM GENERAL POPULATION SEE ATTACHED INMATE REQUEST FOR INTERVIEW
FROM NEW YORK CITY YOU CAPTAIN STARK
YOU HAVE TO UNBLOCK THE MAIL FROM  UNITED NATIONS
U.N. SINCE  I OWNED IT ALL FROM THE MOST WANTED CRIMINAL OF ALL
THE WORLD  GEORGE  HERBERT BUSH WALKER
     AND GET ME TO WELLS FARGO BANK SAN FRANCISCO
YOU GOT TO GET MY VISA  BANK  BANK TRUST FORMS
TO GET CASH AVAILABLE ON MY OWN HANDS
BECAUSE I OWN 24 BANKS ALL  OVER THE WORLD
ACCORDING LY TO  STATEMENTS AND INFORMATION GIVEN BY C/O OCHOA
PULIDO ON THE C FACILITY YARD TOWER
     IN FRONT OF C/O GARCIA AND C/O  CHANG
ON DECEMBER    2018
SEE ON FACT FINDING MISSIONS
EVIDENCE CODE  1560 1561 1562
AND ON THE SUN OF VANCOUVER FROM BRITISH COLUMBIA CANADA NEWSPAPER
AND MAGAZINES

AVELINO   CASTILLON  BORGIA

State of California
**CDC FORM 695**
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Thursday, July 25, 2019*    DELIVERED BY C/O FLORES UNTILL JULY 26, 2019
                             ON FAC C AT BLDG C 13
*GARCIA, E14150*
C 003 1124001L

LIVING CONDITIONS, , 07/25/2019
Log Number: KVSP-O-19-01255
**(Note: Log numbers are assigned to all appeals for tracking purposes. Your appeal is
subject to cancellation for failure to correct noted deficiencies.)**

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been rejected pursuant to the California Code of Regulations, Title 15,
Section (CCR) 3084.6(b)(3). You have exceeded the allowable number of appeals filed in a 14
calendar day period pursuant to CCR 3084.1(f). Pursuant to CCR 3084.4 you are advised that
this appeal is considered misuse or abuse of the appeals process. Repeated violations may lead
to your being placed on appeal restriction as described in CCR 3084.4(g).*

*You are only allowed submission of 1 non-emergency appeal every 14 calendar days.
Continued submittal of more than one appeal within a 14 calendar day period may result in
your placement on appeal restriction and or cancellation of your appeal. The following appeal
submission is deemed misuse or abuse of the appeals process and may lead to appeal
restriction as described in subsection 3084.4(g).*

☐   A. Leyva, CCII
Appeals Coordinator
KVSP

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use only the lines provided below.
YOU HAVE TO UNDONE THE WORLD'S PLOITING TRAPPED BY POLICE TAMPERING OF INCOMING
MAIL WITH THIS PARTY OF OPPOSITION ET AL. BORGIA C. AVELINO AT LINES PROTECTOR BUT WITH MALES-
TER MOTHER ESPERANZA T.I. / CHINA XI PENG COMUNIST (COUNTRY) AGAINST YS. BUSH/HLS
COUNTRY A T.U.N. O.N.U. SEE CASE 1967 68 1969 / TO CHANGE YOUR C.D.C. ATTORNEYS/APPEALS COORD.
Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and
resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to
CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a
separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if
the appeal on the cancellation is granted.
**NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED**

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Thursday, June 6, 2019*    ꓓELIVEREꓓ Bꓯ c/o  ゙ ⅃Ｌ  ゙᠘
*GARCIA, E14150*    uN᠐Iᴵᴸ Ｊᴜᴺᴇ ꓶ. 2o1ꟼ
*C 003 1124001L*

LIVING CONDITIONS, , 06/06/2019
Log Number: KVSP-O-19-01255
**(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is
subject to cancellation for failure to correct noted deficiencies.</u>)**

The enclosed documents are being returned to you for the following reasons:

***RO  Other***

***Follow instructions on CDC 695 dated 5/13/19 for further processing. Failure to follow
instructions is grounds for the cancellation of an appeal pursuant to CCR Title 15 Section
3084.6(c)(3) which states in part, "The inmate or parolee continues to submit a rejected appeal
while disregarding appeal staff's previous instructions to correct the appeal".***

☐  A. Leyva, CCII
Appeals Coordinator
KVSP

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use only the lines provided below.
TO BE SHOWN ON THE TV. SATEITTE SIGNA⅃ / TO BE RECORꓒED STATE
EVIDENCE CAMERA  So IT WoN'T HAPPEN AGAIN

ꓓIGAME LA PAUTA PARA ꓒEＪAR ꓒEＪＩTICAR ESTo

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and
resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to
CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a
separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if
the appeal on the cancellation is granted.
**NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED**

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Monday, May 13, 2019*

*GARCIA, E14150*
*C  003 1124001L*

LIVING CONDITIONS, , 05/13/2019
Log Number: KVSP-O-19-01255
**(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.</u>)**

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(9).  Your appeal issue is obscured by pointless verbiage or voluminous unrelated documentation such that the reviewer cannot be reasonably expected to identify the issue under appeal.*

*The issue under appeal is still obscure. You have attached handwritten page(s) to your appeal in error. They are not supporting documents pursuant to CCR 3084(h) and must be removed prior to resubmitting your appeal. Utilizing the CDC 695, clarify what it is you are appealing. Refrain from using pointless/confusing/excessive verbiage that does not pertain to the issue under appeal.*

☐   C. Gonzales, CCII
Appeals Coordinator
KVSP

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.
STILL   ARGUED   AT   WEDNESDAY   APRIL   3   2019CDCFORM695

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if the appeal on the cancellation is granted.
 **NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED**

State of California
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Wednesday, April 3, 2019*

*GARCIA, E14150*
*C 003 1124001L*

STAFF COMPLAINTS, 04/03/2019
Log Number: KVSP-O-19-01255
**(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is
subject to cancellation for failure to correct noted deficiencies.</u>)**

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been rejected pursuant to the California Code of Regulations, Title 15,
Section (CCR) 3084.6(b)(9). Your appeal issue is obscured by pointless verbiage or
voluminous unrelated documentation such that the reviewer cannot be reasonably expected to
identify the issue under appeal.*

*KVSP LDI/ISU Sgt and the Hiring Authority were notified regarding the PREA allegation
noted within this appeal. An inquiry was completed into the PREA allegation and it was
determined the allegation did not meet requirements to initiate PREA protocols. Therefore, the*

*Inmate Appeals Office will address the underlying issues noted within this appeal. Unable to
identify the issue under appeal. Rewrite appeal issue on separate appeal and clearly describe
the issue being appealed and the action being requested. Also Submit the rewritten appeal in a
12 point ink making certain appeal is written large enough and clear enough to read.*

☐   C. Gonzales, CCII
☑   A. Leyva, CCII
Appeals Coordinator
KVSP

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.
TO RECORD THIS INCIDENT SO IT WONT HAPPEN AGAIN FOR THE YEARS TO COME THE
CHILD MOLESTERS SANTOS CASTELLANOS FUENTES / GEORGE H. BUSH W. THEY WERE
USING MY MONEY MY OWN TO BRIBE YOU AS YOU CAN SEE ON THE INGLEWOOD /
BOXING AREA AND WATTS IV. SIGNALS 1992 SEE THE CHAOS HOW ALL OF THEM WANT TO WOMANIZE ME

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and
resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to
CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a
separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if
the appeal on the cancellation decision is granted.
 **NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED**

POS-040(D)

| SHORT TITLE: JOSE LUIS GARCIA ATT. IN CHIEF PLAINTIFF V. UNITED NATIONS COUNCIL O. N. U. | CASE NUMBER: |

UNDER PENAL CODE 5068.5080, ISECTION 2911

**ATTACHMENT TO PROOF OF SERVICE—CIVIL (DOCUMENTS SERVED)**

*(This Attachment is for use with form POS-040)*

**The documents that were served are as follows** *(describe each document specifically)*:

DECLARATION FOR ENTRY VS. UNITED NATION COUNCIL
DECLARATION / PETITION IN PRO SE BY ATTORNEY IN CHIEF JOSE LUIS GARCIA TO PRODUCE
IN UNWRITTEN LAW REQUESTING OVER SEA GOVERNMENT TO PRODUCE DISCOVERY IN REGARDS TO THE ORDER

TELEMUNDO NETWORKS TO SEND THEM RECORDS IN HOLY ARRANGE MARRIAGE TO ALL INDICTED COUNTRIES
AND PRESIDENTS OF THE WORLD BY / ABOUT THIS OF THESE FEDERAL INDICTMENT

FEDERAL INDICTMENT OF GERMANY 2006 SOCCER WORLD CUP

FEDERAL HABEAS CORPUS AGAINST V. BRASIL FIFA SOCCER WORLD CUP 2014
FEDERAL INDICTMENT

MOTION FOR TRANSPORTATION OFFICERS
REQUESTS TO BE INTERNATIONAL TRANSFER
OR TO BE IMMEDIATE RELEASED WITH VISA BANK   TO: JUDGE OF THE COURT TANYA /CAROL KELLY

AVELINO CASTILLON TORRES          UNITED STATES DISTRICT COURT
BORGIA CASTILLON AVELINO          FOR THE SOUTHERN DISTRICT OF NEW YORK
ALIAS GARCIA CDC E14150           DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
KVSP. P.O. BOX 5103 DELANO CA. 93216   500 PEARL STREET NEW YORK N.Y. 10007-1312

                                  DECEMBER 1, 2020

Form Approved for Optional Use
Judicial Council of California
POS-040(D) [New January 1, 2005]
**ATTACHMENT TO PROOF OF SERVICE—CIVIL (DOCUMENTS SERVED)**
*(Proof of Service)*
Page ____ of ____

WEST®

AVELINO CASTILLON
~~AVELINO~~ BORGIA CASTILLON
A.K.A. ALIAS JOSE GARCIA
~~GARCIA TORRES~~ INCDC E 14150
KERN VALLEY STATE PRISON
FACILITY C BLDG C 7 CELL 202
P. O. BOX 5103
DELANO, CALIFORNIA 93216

RECEIVED
JAN - 4 2021
CLERK'S OFFICE
S.D.N.Y.

RECEIVED
SDNY PRO SE OFFICE
2021 JAN -5 PM 2:42

USM P3 SDNY

Pro Se
SM

SOUTHERN DISTRICT OF NEW YORK
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK N Y 10007-1312

LEGAL MAIL TO: ATTENTION: JUDGE OF THE COURT C.LOWEL SMITH

